ACCEPTED
14-13-00708-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 7:03:29 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-13-00708-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| | § | |
| | § | FILED IN |
| **VS.** | § | **FOURTEENTH DISTRICT** 14th COURT OF APPEALS HOUSTON, TEXAS |
| | § | 10/13/2015 7:03:29 PM |
| **VICTOR TODD WILLIAMS** | § | **OF TEXAS** CHRISTOPHER A. PRINE Clerk |

### MOTION TO WITHDRAW AS COUNSEL AND REQUESTING PERMISSION FOR APPELLANT TO PROCEED PRO SE, EXTENDING THE TIME FOR FILING MOTION FOR REHEARING AND PDR AFTER COUNSEL WITHDRAWS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes LANA GORDON, Movant and attorney of record for Appellant, VICTOR TODD WILLIAMS, who brings this Motion to Withdraw as counsel and in support thereof shows:

1. Movant was appointed by the Court to represent Appellant in the appeal of this cause.

2. Appellant was convicted of Aggravated Robbery. The jury assessed punishment at 75 years.

3. Counsel Jerome Godonich was appointed to represent Appellant both at trial and on direct appeal. He filed an *Anders* brief. This Honorable Court abated the appeal, finding meritorious issues to be raised, ordered his removal and the appointment of new counsel. After the undersigned was appointed, she filed a lengthy brief on Mr. William's behalf.

4. Appellant's case was affirmed on October 13, 2015. On this same date, counsel sent Appellant a copy of the opinion and a letter advising him that she intended to withdraw and he could proceed *pro se.* Counsel also included pertinent statues regarding future appellate remedies and procedures that Appellant may proceed with

if he so chooses. Movant has advised Appellant of his right to proceed with Motion for Rehearing, PDR and/or 11.07 writ in this cause and that she is filing a Motion to Withdraw.

5.   The following deadlines and/or settings exist in this case:

a. Motion for Rehearing. October 28, 2015. Appellant may proceed *pro se* and without this withdrawal, a Motion for rehearing could not be filed as "hybrid" representation isn't permitted. Counsel requests that she be permitted to immediately withdraw and allow Appellant to proceed *pro se.* Because Appellant isn't well-versed in legal matters, and is an indigent inmate, he may need more time than the statutory days outlined to file a Motion for Rehearing and/or PDR if he chooses to do so.

4.   A copy of this motion, a letter, the opinion and pertinent appellate statutes have been mailed on October 13, 2015 to Mr. Williams at: Victor Todd Williams, TDC # 01872886, Wynne Unit, 810 FM 2821 Rd., Huntsville, TX 77349

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow LANA GORDON to withdraw as counsel for Victor Todd Williams.

Respectfully submitted,

*/s/ Lana Gordon*

LANA GORDON
Attorney for Appellant
State Bar No. 08202700
3730 Kirby, Suite 1120
Houston, TX 77098
Tel: (713) 520-5223
Fax: (713) 520-5455
lanagordonlaw@aol.com

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2015, the above Motion to Withdraw was served on the Harris County District Attorney's Office via e-filing as well as by mailing a copy of the same to Appellant.

*/s/ Lana Gordon*

LANA GORDON